UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-cv-00142-FDW-DSC

| | |
|---|---|
| CRAIG BRYSON and LAURA BRYSON | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) ORDER AND REVISED NOTICE OF<br>) HEARING |
| UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., and CONNEXTIONS, INC. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Continue Hearing For Defendant's Motion for Summary Judgment and Plaintiff's Motion to Remand. (Doc. No. 44). The Court has reviewed the Motion and circumstances of the case, and finds continuing this hearing would best serve the interests of justice. Accordingly, Plaintiff's Motion to Continue is **GRANTED.**

**TAKE NOTICE** that a hearing on the parties' pending motions for summary judgment (Doc. Nos. 36-37, 40-41), and Plaintiff's Motion to Remand (Doc. No. 38) and Defendants' Opposition (Doc. No. 39) will take place before the undersigned United States District Judge, to be held at **2:00 pm** on **Thursday, April 14, 2016**, in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202, North Carolina. Oral arguments will be limited to thirty (30) minutes per side.

**IT IS SO ORDERED.**

Signed: March 29, 2016

Frank D. Whitney
Chief United States District Judge